**IN THE SUPREME COURT OF PENNSYLVANIA**
**MIDDLE DISTRICT**

COMMONWEALTH OF PENNSYLVANIA, : No. 433 MAL 2014
:
             Respondent : Petition for Allowance of Appeal from the
: Order of the Superior Court
:
      v. :
:
:
:
RASHEEN RIVERS, :
:
          Petitioner :

## ORDER

**PER CURIAM**

     **AND NOW**, this 29th day of October, 2014, the Petition for Allowance of Appeal

is **DENIED**.